UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHIANNA JOHNSON | * | CIVIL ACTION NO. 2:18-CV-0545 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| WAL-MART ASSOCIATES, INC. | * | MAG. JUDGE KATHLEEN KAY |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Remand and Motion for Costs and Attorney Fees [Doc. No. 14] is **GRANTED**. This case is **REMANDED** to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana. The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff submit a bill of costs and an affidavit or other documentation supporting the amount of attorney fees requested to the Court within fourteen days of this judgment and Defendant is directed to submit any opposition thereto within seven days thereafter.

**Monroe**, **Louisiana**, this 18th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**